Order Filed on
**10/30/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br><br>In Re:<br>　　Christopher M. Antollino | Case No.:08-29924( RG) |

### ORDER OF RECUSAL AND TRANSFER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 10/30/2008**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page -2-

In Re: Christopher M. Antollino
Case No.08-29924(RG)

    It appearing that the within case is assigned to Judge Rosemary Gambardella, and it further appearing that Judge Gambardella must recuse herself;

    IT IS HEREBY ORDERED that the above captioned bankruptcy case and any and all related adversary proceedings be transferred and reassigned to another judge.

*Approved by Judge Rosemary Gambardella   October  30, 2008*